① In the Western District of Virginia
Richmond Division

Plaintiff: John D. Lynch (II) (M.D.)

vrs.

Defendant: AT&T wireless et.al.
Hdq Atlanta, Georgia

## Evidence:

→ Letter of Navy Federal Credit Union ⊕ stating $4500.00 had been replaced after wire fraud had removed slightly more from my account, dated March 17, 2021
⊕ Security Department

→ Navy Federal Account ending in 8403

| | |
|---|---|
| 12/20/2021 | 69.95 |
| 11/27/2021 | 219.02 |
| 11/2/2021 | 149.95 |
| 10/19/2021 | 74.75 |
| 9/27/2021 | 74.75 |
| 6/25/2021 | 81.10 ✗ processed |
| 6/11/2021 | 81.10 ✗ denied |
| 5/16/2021 | 81.10 |
| 4/25/2021 | 81.10 |

⟹

(2.) Evidence of NFCU Account ending in 8403

→ 2/19/2021   86.37 processed

→ 1/29/2021 iPhone paid off
   $319.99

→ 1/25/2021   106.34 processed
   1/25/2021   106.34 Denied

→ 6/11/2020   107.09 processed
   6/11/2020   107.09 Denied
              (processing
              failed)